IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01783-WYD-BNB

SHAUN SNELL,

Plaintiff,

v.

LIBERTY ACQUISITIONS, LLC, and
DOES 1-10, inclusive,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Notice of Motion and Motion for Leave to Amend the Complaint** [docket no. 3, filed July 21, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the proposed Amended Complaint, attachments 2 and 3 to docket no. 3, for filing.


DATED:  August 24, 2011