IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01783-WYD-BNB

SHAUN SNELL,

Plaintiff,

v.

LIBERTY ACQUISITIONS, LLC, and
DOES 1-10, inclusive,

Defendants.

___

**ORDER**
___

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before November 15, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 1, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge