IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-01783-WYD-BNB

SHAUN SNELL,

    Plaintiff,

v.

LIBERTY ACQUISITIONS, LLC; and
DOES 1-10, inclusive,

    Defendants.

---

## ORDER OF DISMISSAL

---

    THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed November 10, 2011.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

    ORDERED that the Stipulation of Dismissal with Prejudice (ECF No. 20) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties to pay their own costs.

    Dated:  November 14, 2011

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge